UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABIY YIFRU,<br><br>                              Plaintiff,<br><br>         -against-<br><br>DANIEL W. TIETZ, ET AL,<br><br>                              Defendants. | 22-CV-1385 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 1, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's federal claims are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of any state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 1, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge